IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ODW Logistics, Inc., | : | |
| Plaintiff | : | Civil Action 2:12-cv-00996 |
| v. | : | Judge Frost |
| Karmaloop, Inc., | : | Magistrate Judge Abel |
| Defendant | : | |

## ORDER

The parties' December 28, 2012 motion to reschedule the preliminary pretrial

conference (doc. 14) is GRANTED. The preliminary pretrial conference is rescheduled

for January 31, 2012 at 11:00 a.m.

s/Mark R. Abel
United States Magistrate Judge