IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ODW Logistics, Inc., | : | |
| Plaintiff | : | Civil Action 2:12-cv-00996 |
| v. | : | Judge Frost |
| Karmaloop, Inc., | : | Magistrate Judge Abel |
| Defendant | : | |

# ORDER

The March 7, 2013 substitution of co-counsel of plaintiff (doc. 24) does not comply with Rule 83.4(d) of the Southern District of Ohio Civil Rules, which states:

> Co-Counsel. Any attorney who has appeared in a case in any capacity other than as trial attorney is considered to be co-counsel for the party or parties on whose behalf the appearance has been entered. Co-counsel may withdraw by way of a notice of withdrawal signed by the withdrawing attorney and by the trial attorney for the party on whose behalf co-counsel has previously appeared. By signing such a notice, the trial attorney represents that the client has authorized the withdrawal. If the trial attorney is unwilling or unable to sign such a notice, co-counsel who wish to withdraw must file a motion that complies with subsection (c)(2) of this Rule.

Counsel is DIRECTED to file a notice that complies with Rule 83.4(d).

s/Mark R. Abel
United States Magistrate Judge